[No. 8643-0-I.  Division One.  June 29, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE WILLIAM ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01310-9, James A. Noe, J., entered April 7, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Callow, J.

[No. 8661-8-I.  Division One.  June 29, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY LEE HORNE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-00215-1, Carolyn R. Dimmick, J., entered April 7, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Corbett, J.

[No. 8869-6-I.  Division One.  June 29, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN PLUMMER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-00468-5, Frank D. Howard, J., entered June 4, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Corbett, JJ.